UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHNNY AND CHONG OK HOLMAN AND THEIR MARITAL COMMUNITY,<br><br>        Plaintiffs,<br><br>  -vs-<br><br>RB CARRIERS, INC., a foreign corporation, CHARLES RITTER and BRENT WELLS<br><br>        Defendants. | NO. CV-06-3095-LRS<br><br>ORDER OF REMAND TO STATE COURT |

Pursuant to the stipulation of the parties, ( **Ct. Rec. 16**), filed February 21, 2007, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be remanded back to Kittitas County Superior Court for all further proceedings.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 22nd day of February, 2007.

*s/Lonny R. Suko*

        LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND TO STATE COURT